NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DAVID DRESDNER, M.D.,     )
    )
    Petitioner,     )
    )
v.     )     Case No. 2D18-1970
    )
PINELLAS HEMATOLOGY AND     )
ONCOLOGY, P.A.,     )
    )
    Respondent.     )
_____ )

Opinion filed November 21, 2018.

Petition for Writ of Certiorari to the
Circuit Court for the Sixth Judicial
Circuit for Pinellas County; sitting
in its appellate capacity.

Bradley A. Muhs and Marie Tomassi of
Trenam, Kemker, Scharf, Barkin, Frye,
O'Neill & Mullis, P.A., St. Petersburg, for
Petitioner.

Jamie Moore Marcario of Thrive Law, P.A.
St. Petersburg, for Respondent.


PER CURIAM.


    Denied.


NORTHCUTT, MORRIS, and BLACK, JJ., Concur.